IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDREW PHILLIPS,

                                                              ORDER

                    Plaintiff,

                                                              13-cv-29-bbc

          v.

DR. CHARLES LARSON, BELINDA SCHRUBBE
and SERGEANT LEHMAN, DR. ELSA HORN,
WILLIAM McCREEDY, JAMES GREER
and DR. DAVID BURNETT,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In a order entered on May 30, 2013, Magistrate Judge Stephen L. Crocker canceled a scheduled telephone preliminary pretrial conference was canceled and directed plaintiff Andrew Phillips to provide the court and counsel for defendants his current mailing address and telephone number no later than June 20, 2013.  He warned plaintiff that his failure to respond to the court's order would result in dismissal of this case for plaintiff's failure to prosecute it.  It is now June 27, 2013, and plaintiff has neither submitted the requested information nor otherwise responded to the May 30 order.

Accordingly, IT IS ORDERED that this case is DISMISSED for plaintiff's failure to prosecute it.  The clerk of court is directed to enter judgment and close this case.

Entered this 27th day of June, 2013.

                              BY THE COURT:

                              /s/

                              BARBARA B. CRABB
                              District Judge

1