IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW PHILLIPS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

13-cv-29-bbc

DR. CHARLES LARSON, BELINDA
SCHRUBBE, SERGEANT LEHMAN,
DR. ELSA HORN, WILLIAM McGREEDY,
JAMES GREER and DR. DAVID BURNETT,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing Dr. Elsa Horn, William McGreedy James Greer and Dr. David Burnett; and

    (2) dismissing this case for plaintiff's failure to prosecute it.

| /s/ | 6/28/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |